# United States Court of Appeals
# for the Fifth Circuit

No. 22-60167

A True Copy
Certified order issued Jun 29, 2022

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Trina Friedman,

*Plaintiff—Appellant*,

versus

Audubon Engineering Company, L.L.C.; Audubon Engineering Company, L.P., *doing business as* Audubon Companies,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:20-CV-187

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of June 29, 2022, for want of prosecution. The Appellant failed to timely file the Appellant's record excerpts.

The Appellant's brief and record excerpts remain insufficient as noted in this court's respective letters dated June 22, 2022, and June 7, 2022. If Appellant moves to reopen the appeal, both the sufficient brief and sufficient record excerpts must accompany any motion to reopen this appeal.

No. 22-60167

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

By: _____
       Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT